**GUTRIDE SAFIER LLP**
Adam J. Gutride (State Bar No. 181446)
Anthony Patek (State Bar No. 228964)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469
(additional attorney information listed on signature page)

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio, pro hac vice pending
Jason Rathod, pro hac vice pending
Esfand Nafisi (State Bar No. 320119)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (202) 470-3520
 Facsimile: (202) 800-2730
(*additional attorney information listed on signature page*)

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRADLEY COLGATE, KAYTLIN MCKNIGHT, M.H., a minor, by her Mother and Natural Guardian JENNIFER HELLMAN, L.B., a minor, by her Mother and Natural Guardian, JILL NELSON, ANTHONY SMITH, COREY SMITH, KACIE ANN LAGUN, A.U., a minor, by her mother and natural guardian, LISA COMMITANTE, TOMMY BENHAM, and DAVID LANGAN on behalf of themselves, the general public and those similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>JUUL LABS, INC.; PAX LABS, INC.<br><br>    Defendants. | CASE NO. 3:18-cv-02499-WHO<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO APPOINT GUTRIDE SAFIER LLP AND MIGLIACCIO & RATHOD LLP INTERIM LEAD COUNSEL**<br><br>Honorable William H. Orrick<br><br>Notice Date:   July 11, 2018, 2:00 p.m. |

In view of Defendants Juul Labs Inc. and Pax Labs Inc.'s non-opposition to Plaintiffs' motion to appoint Gutride Safier LLP ("GSLLP") and Migliaccio & Rathod LLP ("M&R") interim lead counsel, Plaintiffs respectfully ask the Court grant the motion. As noted in Plaintiffs' motion, GSLLP and M&R are prominent plaintiffs' law firms with substantial experience in class action litigation and satisfy the factors outlines in Fed. R. Civ. P. 23(g), so there is good cause for granting the motion. In light of the non-opposition, plaintiffs respectfully suggest that this motion may be granted without oral argument.

DATED: June 19, 2018

**GUTRIDE SAFIER LLP**

_____

Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Todd Kennedy
Anthony J. Patek
100 Pine Street, Suite 1250
San Francisco, California 94111
adam@gutridesafier.com
seth@gutridesafier.com
todd@gutridesafier.com
anthony@gutridesafier.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio, pro hac vice forthcoming
Jason Rathod, pro hac vice forthcoming
Esfand Nafisi (State Bar No. 320119)
412 H Street NE, Suite 302
Washington, D.C. 20002
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
enafisi@classlawdc.com

Attorneys for Plaintiffs