GIBSON, DUNN & CRUTCHER LLP
CHARLES J. STEVENS, SBN 106981
  cstevens@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
  aschwing@gibsondunn.com
WINSTON Y. CHAN, SBN 214884
  wchan@gibsondunn.com
JOSHUA D. DICK, SBN 268853
  jdick@gibsondunn.com
PETER C. SQUERI, SBN 286249
  psqueri@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:   415.393.8306

GIBSON, DUNN & CRUTCHER LLP
JESSICA R. CULPEPPER, SBN 304336
  jculpepper@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendant JUUL LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY COLGATE, KAYTLIN MCNIGHT, M.H., a minor, by her Mother and Natural Guardian JENNIFER HELLMAN, L.B., a minor, by her Mother and Natural Guardian, JILL NELSON, ANTHONY SMITH, COREY SMITH, KACIE ANN LAGUN, A.U., a minor, by her mother and natural guardian, LISA COMMITANTE, TOMMY BENHAM, and DAVID LANGAN on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JUUL LABS, INC.; PAX LABS, INC.,<br><br>Defendants. | CASE NO. 18-cv-02499-WHO<br><br>**STIPULATION AND ORDER TO VACATE OR CONTINUE HEARING ON PLAINTIFFS' MOTION TO APPOINT GUTRIDE SAFIER LLP AND MIGLIACCIO & RATHOD LLP INTERIM LEAD COUNSEL**<br><br>Hon. William H. Orrick<br><br>Action Filed:   April 26, 2018<br><br>Hearing Date:   July 11, 2018 |

Gibson, Dunn & Crutcher LLP

STIPULATION AND ORDER TO VACATE OR CONTINUE HEARING ON PLAINTIFFS' MOTION TO APPOINT
GUTRIDE SAFIER LLP AND MIGLIACCIO & RATHOD LLP INTERIM LEAD COUNSEL
CASE NO. 18-CV-02499-WHO

Pursuant to Civil Local Rules 7-7 and 6-1, Plaintiffs Bradley Colgate; Kaytlin McKnight; M.H., a minor, by her mother and natural guardian, Jennifer Hellman; L.B., a minor, by her mother and natural guardian Jill Nelson; Anthony Smith; Corey Smith; Kacie Ann Lagun; A.U., a minor, by her mother and natural guardian, Lisa Commitante; Tommy Benham; and David Langan ("Plaintiffs") and Defendants JUUL Labs, Inc. and PAX Labs, Inc. ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Motion to Appoint Interim Lead Counsel (Dkt. 21) on May 29, 2018; Defendants filed their Response (Dkt. 25) on June 15, 2018; and Plaintiffs filed their Reply (Dkt. 26) on June 19, 2018;

WHEREAS, as Defendants indicated in their Response (Dkt. 25 at 2), and Plaintiffs indicated in their Reply (Dkt. 26 at 2), the parties respectfully suggest that oral argument is unnecessary on this motion unless the Court would like to discuss this issue with the parties;

WHEREAS, Plaintiffs' Motion noticed a hearing on July 11, 2018, and the Court has not yet indicated whether it will hold oral argument on that date;

WHEREAS, Defendants' lead counsel are unavailable to attend the hearing on July 11, 2018 because of preexisting commitments;

WHEREAS, the parties believe that, if a hearing is to be held on this motion, holding the hearing on August 28, 2018, the date of the Initial Case Management Conference, would best conserve the resources of the Court and the parties;

WHEREAS, pursuant to Local Rules 7-7 and 6-1, the parties may stipulate to a continuance under Local Rule 6-1(a) or the Court may so order;

WHEREAS, this is the first stipulation to continue the hearing date with respect to the Motion, and the hearing date has not been reserved with or specially set by the Court;

NOW THEREFORE, the parties hereby stipulate and agree that, if a hearing is to be held on the Motion, the hearing date will be continued to August 28, 2018.

**IT IS SO STIPULATED.**

1
STIPULATION AND ORDER TO VACATE OR CONTINUE HEARING ON PLAINTIFFS' MOTION TO APPOINT GUTRIDE SAFIER LLP AND MIGLIACCIO & RATHOD LLP INTERIM LEAD COUNSEL
CASE NO. 18-CV-02499-WHO

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| Dated: June 27, 2018 | GIBSON, DUNN & CRUTCHER LLP |

By: ___*/s/ Austin V. Schwing*___
　　　　　Austin V. Schwing

Attorneys for Defendant JUUL LABS, INC.

| | |
|---|---|
| Dated: June 27, 2018 | GOODWIN PROCTER LLP |

By: ___*/s/ Brett M. Schuman*___
　　　　　Brett M. Schuman

Attorneys for Defendant PAX LABS, INC.

| | |
|---|---|
| Dated: June 27, 2018 | GUTRIDE SAFIER LLP |

By: ___*/s/ Anthony J. Patek*___
　　　　　Anthony J. Patek

Attorneys for Plaintiffs Colgate and McNight

## **ATTORNEY ATTESTATION**

I, Austin V. Schwing, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

By: ___*/s/ Austin V. Schwing*___
　　　　Austin V. Schwing

2
STIPULATION AND ORDER TO VACATE OR CONTINUE HEARING ON PLAINTIFFS' MOTION TO APPOINT GUTRIDE SAFIER LLP AND MIGLIACCIO & RATHOD LLP INTERIM LEAD COUNSEL
CASE NO. 18-CV-02499-WHO

Gibson, Dunn & Crutcher LLP

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 28, 2018

_____
The Honorable William H. Orrick
United States District Judge

3
STIPULATION AND ORDER TO VACATE OR CONTINUE HEARING ON PLAINTIFFS' MOTION TO APPOINT GUTRIDE SAFIER LLP AND MIGLIACCIO & RATHOD LLP INTERIM LEAD COUNSEL
CASE NO. 18-CV-02499-WHO

Gibson, Dunn & Crutcher LLP