**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
TODD KENNEDY (State Bar No. 250267)
ANTHONY PATEK (State Bar No. 228964)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com
todd@gutridesafier.com
anthony@gutridesafier.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio, pro hac vice pending
Jason Rathod, pro hac vice pending
Esfand Nafisi (State Bar No. 320119)
412 H Street NE, Suite 302
Washington, D.C. 20002
Telephone: (202) 470-3520
Facsimile: (202) 800-2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
enafisi@classlawdc.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY COLGATE, an individual, and KAYTLIN MCKNIGHT, an individual, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JUUL LABS, INC.<br><br>Defendant. | CASE NO. 4:18-cv-02499-WHO<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' RULE 12 MOTIONS AND ORDER THEREON**<br><br>Honorable William H. Orrick<br><br>Action filed: April 26, 2018 |

WHEREAS, on July 24, 2018, Defendant Juul Labs, Inc. ("Defendant") filed a 34-page motion to dismiss Plaintiffs' First Amended Complaint (Dkt. 40) and a 24-page motion to strike Plaintiffs' nationwide class allegations (Dkt. 41);

WHEREAS, on June 22, 2018, the parties had stipulated that the deadline for Defendant to respond to the first amended complaint be extended from July 10, 2018 until July 24, 2018; that Plaintiffs' opposition papers be due on or before August 14, 2018; and that Defendants' reply papers be due on or before August 28, 2018, but did not set any date for hearing the motion (Dkt. 27);

WHEREAS the June 22, 2018 stipulation did not include a proposed order and no order was issued thereon;

WHEREAS, on July 17, 2018, at request of Defendant, the parties stipulated that Defendant be granted leave to exceed the 25-page limit for the prospective motion to dismiss by up to 10 pages, and that Plaintiffs be granted the same number of extra pages for their opposition to said motion, and the court so ordered (Dkt. 39);

WHEREAS, Defendant set the hearing for the motion to dismiss and the motion to strike for September 5, 2018;

WHEREAS, Plaintiffs require more time than was anticipated at the time of the June 22 stipulation to respond to the motion to dismiss in light of its length, as well as to respond to the separate motion to strike;

WHEREAS, given the complexity of the briefing and other existing commitments, Defendants also request an additional week (for a total of three weeks) to file their replies;

WHEREAS, no other extensions have been granted, no trial date has been set, and a further extension of the briefing schedule and hearing will not cause prejudice to any party or the Court;

NOW THEREFORE, the Parties stipulate as follows:

1. Plaintiffs' deadline to respond to the motion to dismiss and motion to strike (Dkts. 40-41) shall be extended to August 22, 2018;

2. Defendants' deadline to file reply papers in support of said motions shall be extended to September 12, 2018;

3. The hearing on said motions shall be reset for September 26, 2018, at 2:00 p.m., or such other time as the Court is next available.

IT IS SO STIPULATED.

Dated: August 3, 2018

**GUTRIDE SAFIER LLP**

*/s/ Adam J. Gutride*
Adam J. Gutride

*Counsel for Plaintiffs*

Dated: August 3, 2018

**GIBSON DUNN & CRUTCHER LLP**

*/s/ Austin J. Schwing*
Austin J. Schwing

*Counsel for Defendant*

### Local Rule 5-1(i)(3) Certification

I, Adam Gutride, attest that I have received authority from each other signatory to file this document.

**GUTRIDE SAFIER LLP**

*/s/ Adam J. Gutride*
Adam J. Gutride

*Counsel for Plaintiffs*

Based on the parties' stipulation, and FOR GOOD CAUSE SHOWN, it is ordered as follows:

1. Plaintiffs' deadline to respond to the motion to dismiss and motion to strike (Dkt. 40-41) shall be extended to August 22, 2018;

2. Defendants' deadline to file reply papers in support of said motions shall be extended to September 12, 2018;

3. The hearing on said motions shall be reset for September 26, 2018, at 2:00 p.m.

IT IS SO ORDERED.

Dated: August _7_, 2018

_____
Hon. William H. Orrick
United States District Judge