UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: 8/28/2018 | Time: 15 minutes<br>2:31 p.m. to 2:46 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 18-cv-02499-WHO | Case Name: Colgate v. JUUL Labs, Inc. | |

**Attorneys for Plaintiff:** Seth Safier and Anthony J. Patek
**Attorneys for Defendant:** Joshua D. Dick, Austin V. Schwing, and Peter Squeri

**Deputy Clerk:** Jean Davis                                   **Court Reporter:** FTR Recording

PROCEEDINGS

Counsel appear for hearing on motion for interim appointment of lead counsel and case management conference. The motion is unopposed, and the Court is inclined to grant it, although it is not clear that it is necessary at this time. Plaintiff counsel heard in support of the motion; defense counsel waives argument. The motion is granted.

There are motions to dismiss and to strike set for hearing on September 26, 2018. The defense request for five pages beyond the standard page limit for its reply brief is granted. A further case management conference will be set in the Court's order on the motions.

Initial Rule 26 disclosures should be completed by September 14, 2018 as to the California class. Written discovery may be served now but need not be responded to until further order of the Court, either at the motion hearing or thereafter. Defendant will then have twenty days to make written responses to the discovery; production of the documents to follow in an expeditious and reasonable time period. Counsel are encouraged to work collaboratively on discovery issues and to follow the Court's Standing Order regarding discovery disputes if any arise.

The parties agree that ADR is premature at this time and are agreeable to the scheduling of ADR on approximately the same time line as the hearing on the motion for class certification.

A further case management conference will be set after the hearing on the pending motions to address, among other things, the case schedule through class certification.