# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRADLEY COLGATE, KAYTLIN MCKNIGHT, M.H., a minor, by her mother and natural guardian JENNIFER HELLMAN, L.B., a minor, by her mother and natural guardian, JILL NELSON, ANTHONY SMITH, COREY SMITH, KACIE ANN LAGUN, A.U., a minor, by her mother and natural guardian, LISA COMMITANTE, TOMMY BENHAM, and DAVID LANGAN on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JUUL LABS, INC.,<br><br>Defendant. | **Case No.: 3:18-cv-02499-WHO**<br><br>**JOINT STIPULATION RECOMMENDING CASES BE RELATED AND CONSOLIDATED AND ORDER TO RELATE ACTIONS PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 AND TO CONSOLIDATE ACTIONS** |
| J.Y., a minor, by and with his mother and natural guardian BARBARA YANNUCCI, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JUUL LABS, INC.,<br><br>Defendant. | **Case No. 3:18-cv-06776-JCS** |

| | |
|---|---|
| MICHAEL VISCOMI, DAVID MASSESSA, and MATTHEW PEDECINE, individually and on behalf of those similarly situated,<br><br>  Plaintiffs,<br><br> v.<br><br>JUUL LABS, INC.,<br><br>  Defendant. | **Case No. 3:18-cv-06808-LB** |

Pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 3-12(a), Plaintiffs Bradley Colgate; Kaytlin McKnight; M.H., a minor, by her mother and natural guardian Jennifer Hellman; L.B., a minor, by her mother and natural guardian, Jill Nelson; Anthony Smith; Corey Smith; Kacie Ann Lagun; A.U., a minor, by her mother and natural guardian, Lisa Commitante; Tommy Benham; David Langan; J.Y., a minor, by and with his mother and natural guardian Barbara Yannucci; Michael Viscomi; David Massessa; and Matthew Pedecine and Defendant JUUL Labs, Inc. jointly request that the above-captioned actions be related and consolidated for all pretrial and trial proceedings. The parties, by and through their undersigned counsel, stipulate as follows:

WHEREAS, on April 26, 2018, Migliaccio & Rathod LLP and Gutride Safier LLP filed *Colgate et al. v. JUUL Labs, Inc. and PAX Labs, Inc.*, No. 3:18-cv-02499-WHO (N.D. Cal.) ("*Colgate*");

WHEREAS, on August 31, 2018, Berger Montague, PC filed *Viscomi et al. v. JUUL Labs, Inc. and PAX Labs, Inc.*, No. 5:18-cv-03760-EGS (E.D. Pa.) ("*Viscomi*") (*See* Ex. 1);

WHEREAS, on September 27, 2018, the Court appointed Migliaccio & Rathod LLP and Gutride Safier LLP as Interim Class Counsel for a proposed nationwide class of individuals who purchased JUUL electronic nicotine delivery systems (Dkt. 63);

WHEREAS, on October 10, 2018, Berger Montague, PC filed *J.Y. v. JUUL Labs, Inc.*, No. 2:18-cv-14416-RLR (S.D. Fla.) ("*J.Y.*") (*See* Ex. 2);

WHEREAS, on October 30, 2018, the Court issued an order denying JUUL's motion to strike Plaintiffs' nationwide class allegations as premature, and partially granting and partially denying JUUL's motion to dismiss (Dkt. 66);

WHEREAS, on November 5, 2018, per the parties' stipulated agreement that there was substantial overlap between *J.Y.* and the *Colgate* action and that it would be most efficient for the Northern District of California to decide both cases, JUUL filed a Stipulation and Joint Motion to Transfer *J.Y.* to the Northern District of California;

WHEREAS, on November 6, 2018, the court in *J.Y.* granted the Stipulation and Joint Motion to Transfer *J.Y.* to the Northern District of California under 28 U.S.C. § 1404(a) (*See* Ex. 3).

WHEREAS, on November 8, 2018, *J.Y.* was transferred to the United States District Court for the Northern District of California;

WHEREAS, on November 6, 2018, per the parties' stipulated agreement that there was substantial overlap between *Viscomi* and the *Colgate* action and that it would be most efficient for the Northern District of California to decide both cases, the court in *Viscomi* granted a Stipulation to Transfer *Viscomi* to the United States District Court for the Northern District of California under 28 U.S.C. § 1404(a) (*See* Ex. 4);

WHEREAS, on November 8, 2018, *Viscomi* was transferred to the United States District Court for the Northern District of California;

WHEREAS, counsel for the parties have conferred and are in agreement that it is in the best interests of the respective parties and absent class members that the *J.Y.* and *Viscomi* actions (Northern District of California Case Nos. 3:18-cv-06776-JCS and 3:18-cv-06808-LB, respectively) be consolidated with the *Colgate* action for all purposes;

WHEREAS, *Colgate*, *J.Y.*, and *Viscomi* are appropriate for consolidation under Rule 42 of the Federal Rules of Civil Procedure because they involve common questions of law and fact arising from allegations (denied by Defendant) that JUUL electronic nicotine delivery systems are defectively designed or manufactured and that JUUL unlawfully marketed its products; and

WHEREAS, Interim Class Counsel and counsel for the plaintiffs in *J.Y.* and *Viscomi* have met and conferred and have agreed to work together on behalf of the plaintiffs and the proposed class.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel of record, subject to the Court's approval, that:

1. *Colgate*, *J.Y.*, and *Viscomi* should be related pursuant to Local Rule 3-12;

2. Pursuant to Rule 42 of the Federal Rules of Civil Procedure, the master docket and master file for the consolidated action shall be Case No. 3:18-cv-2499-WHO, and the consolidated action shall bear the caption *In re: JUUL Labs, Inc. Products Litigation*.

3. All subsequently filed class or individual actions against the Defendant alleging the same or similar claims as alleged in the complaints in these actions shall be consolidated under the case *In re: JUUL Labs, Inc. Products Litigation*, Case No. 3:18-cv-2499-WHO.

4. All orders, pleadings, motions and other documents shall, when filed and docketed in the master file, be deemed filed and docketed in each individual case to the extent applicable.

5. Gutride Safier LLP and Migliaccio & Rathod LLP shall serve as Interim Class Counsel in the consolidated action.

6. A consolidated amended complaint encompassing all actions deemed related to the *Colgate* action shall be filed in the consolidated action by January 7, 2019.

7. Defendant's response to the consolidated amended complaint shall be due on February 22, 2019.

IT IS SO STIPULATED.

DATED: November 21, 2018　　　　　GIBSON, DUNN & CRUTCHER, LLP

By: /s/ *Austin V. Schwing*\*\*

*\*\* Pursuant to Civil L.R. 5-1(i)(3), the filer of the document has obtained the concurrence of all other signatories.*

Austin V. Schwing
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:　　415.393.8200
Facsimile:　　415.393.8306

Attorneys for Defendant JUUL Labs, Inc.

DATED: November 21, 2018　　　　　GUTRIDE SAFIER LLP

By: /s/ *Seth A. Safier*

Nicholas Migliaccio (*pro hac vice*)
Jason Rathod (*pro hac vice*)
Esfand Nafisi (State Bar No. 320119)
MIGLIACCIO & RATHOD LLP
412 H Street NE, Suite 302
Washington, D.C. 20002
Telephone: (202) 470-3520
Facsimile: (202) 800-2730

Seth A. Safier (State Bar No. 197427)
Adam J. Gutride (State Bar No. 181446)
Todd Kennedy (State Bar No. 250267)
Anthony Patek (State Bar No. 228964)
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Attorneys for Plaintiffs in the *Colgate* action and Interim Class Counsel

DATED: November 21, 2018　　　　　BERGER MONTAGUE, P.C.

By: /s/ *Russell D. Paul*

Aaron J. Freiwald
(*pro hac vice* forthcoming)
ajf@freiwaldlaw.com
FREIWALD LAW
1500 Walnut Street, 18th Floor
Philadelphia, PA 19102
Telephone:　　215.875.8000

Sherrie R. Savett (*pro hac vice* forthcoming)
ssavett@bm.net
Barbara A. Podell (*pro hac vice* forthcoming)
bpodell@bm.net
Russell D. Paul (*pro hac vice* forthcoming)
rpaul@bm.net
Jonathan Z. DeSantis (*pro hac vice* forthcoming)
jdesantis@bm.net
BERGER MONTAGUE P.C.
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000

Attorneys for Plaintiffs in the *J.Y.* action and the *Viscomi* action

# **ORDER**

The above stipulation having been considered and good cause appearing therefore,

**IT IS SO ORDERED.**

Dated: November 27, 2018



The Honorable William H. Orrick
UNITED STATES DISTRICT JUDGE