1  **GUTRIDE SAFIER LLP**
2  Adam J. Gutride (State Bar No. 181446)
   Seth A. Safier (State Bar No. 197427)
3  Todd Kennedy (State Bar No. 250267)
   Anthony Patek (State Bar No. 228964)
4
   **MIGLIACCIO & RATHOD LLP**
5  Nicholas Migliaccio, *pro hac vice* pending
   Jason Rathod, *pro hac vice* pending
6  Esfand Nafisi (State Bar No. 320119)
7
   *(additional attorney information listed on signature page)*
8  *Attorneys for Plaintiffs*
9

10              **UNITED STATES DISTRICT COURT**
11              **NORTHERN DISTRICT OF CALIFORNIA**
12              **SAN FRANCISCO DIVISION**

13 
14 IN RE: JUUL LABS, INC. PRODUCT LITIGATION

CASE NO.  3:18-cv-2499

Honorable William H. Orrick

APPLICATION AND ORDER TO APPOINT GUARDIANS AD LITEM FOR MINOR PLAINTIFFS.

Application and Order to Appoint Guardian Ad Litem

1  Pursuant to Rule 17(c) of the Federal Rules of Civil Procedure, which states, in pertinent
2  part, that this "court shall appoint a guardian ad litem for an infant or incompetent person not
3  otherwise represented in an action or shall make such other order as it deems proper for the
4  protection of the infant or incompetent person," for the purpose of the above-captioned litigation
5  plaintiff:

6  B.C. hereby applies to this Court to have his parent and legal guardian Mary Baker
7  appointed his guardian ad litem;

8  D.C. hereby applies to this Court to have his parent and legal guardian Kisha Chandler
9  appointed his guardian ad litem;

10  Q.C. hereby applies to this Court to have his parent and legal guardian Kisha Chandler
11  appointed his guardian ad litem;

12  D.C. hereby applies to this Court to have his parent and legal guardian Renee Deeter
13  appointed his guardian ad litem;

14  D.D. and C.D., both minors, hereby apply to this Court to have their parent and legal
15  guardian Joseph DiGiacinto appointed their guardian ad litem;

16  K.S. hereby applies to this Court to have his parent and legal guardian Rachelle Dollinger
17  appointed his guardian ad litem;

18  J.D. hereby applies to this Court to have his parent and legal guardian Nicole Dramis
19  appointed his guardian ad litem;

20  Z.K. hereby applies to this Court to have his parent and legal guardian Tracie Kugler
21  appointed his guardian ad litem;

22  M.C., hereby applies to this Court to have his parent and legal guardian Jeannine Manning
23  appointed his guardian ad litem;

24  S.G. hereby applies to this Court to have her parent and legal guardian Ashley Noble
25  appointed her guardian ad litem;

26  D.O. hereby applies to this Court to have his parent and legal guardian Atoyia Orders
27  appointed his guardian ad litem;

28

Application and Order to Appoint Guardian Ad Litem

W.T and A.R.T., hereby apply to this Court to have their parent and legal guardian Tonya Rowan appointed their guardian ad litem;

D.S., hereby applies to this Court to have his parent and legal guardian Amber Selfridge appointed his guardian ad litem;

T.B.T. hereby applies to this Court to have his parent and legal guardian Marlene Thomseth-Belcher appointed his guardian ad litem;

O.V. hereby applies to this Court to have his parent and legal guardian Tanya Viti appointed his guardian ad litem;

S.W. hereby applies to this Court to have his parent and legal guardian Joe Weibel appointed his guardian ad litem; and

J.Y. hereby applies to this Court to have his parent and legal guardian Barbara Yannucci appointed his legal guardian.

In support of this application, I, Anthony J. Patek, counsel for B.C. by and through Mary Baker, D.C. by and through Kisha Chandler, Q.C. by and through Anjie Comer, D.C. by and through Renee Deter, C.D. and D.D. by and through Joseph DiGiacinto, K.S. by and through Rachelle Dollinger, J.D. by and through Nicole Dramis, Z.K. by and through Tracie Kugler, M.C. by and through Jeannine Manning, S.G. by and through Ashley Noble, D.O., W.T. and A.R.T. by and through Tonya Rowan, D.S. by and through Amber Selfridge, T.B.T. by and through Marlene Thomseth-Belcher, O.V. by and through Tanya Viti, S.W. by and through Joe Weibel, and J.Y. by and through Barbara Yannucci, declare under penalty of perjury under the laws of the United States that Ms. Baker, Ms. Chandler, Ms. Comer, Ms. Deeter, Mr. DiGiacinto, Ms. Dollinger, Ms. Dramis, Ms. Kugler, Ms. Manning, Ms. Noble, Ms. Orders, Ms. Rowan, Ms. Selfridge., Ms. Thomseth-Belcher, Ms. Viti, Mr. Weibel, and Ms. Yannucci  have demonstrated that B.C., D.C., Q.C., D.C., C.D., D.D., K.S., J.D., Z.K., M.C., S.G., D.O., W.R., A.R.T., D.S., T.B.T., O.V., S.W., and J.Y. are minors and that each of the aforementioned is their respective parent.

Application and Order to Appoint Guardian Ad Litem

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Dated:  February 4, 2019 | **GUTRIDE SAFIER LLP** |
| 5 | | |
| 6 | | *[signature]* |
| 7 | | |
| 8 | | Adam J. Gutride, Esq. |
| 9 | | Seth A. Safier, Esq.<br>Todd Kennedy |
| 10 | | Anthony J. Patek<br>Kristen Simplicio |
| 11 | | 100 Pine Street, Suite 1250<br>San Francisco, California 94111 |
| 12 | | **MIGLIACCIO & RATHOD LLP** |
| 13 | | Nicholas Migliaccio, admitted pro hac vice<br>Jason Rathod, admitted pro hac vice |
| 14 | | Esfand Nafisi (State Bar No. 320119)<br>412 H Street NE, Suite 302 |
| 15 | | Washington, D.C. 20002<br>Tel: (415) 489-7004 |
| 16 | | Email: enafisi@classlawdc.com<br>Email: nmigliaccio@classlawdc.com |
| 17 | | Email: jrathod@classlawdc.com |
| 18 | | |
| 19 | | **BERGER MONTAGUE, P.C.**<br>Sherrie R. Savett, pro hac vice forthcoming |
| 20 | | Russell D. Paul, admitted pro hac vice<br>Neil Makhija, admitted pro hac vice |
| 21 | | 1818 Market Street, Suite 3600<br>Philadelphia, PA 19103 |
| 22 | | Tel.: (215) 875-3000<br>Fax: (215) 875-4604 |
| 23 | | Email: ssavett@bm.net<br>Email: rpaul@bm.net |
| 24 | | Email: nmakhija@bm.net |
| 25 | | Attorneys for Plaintiffs |
| 26 | | |
| 27 | | |
| 28 | | |

Application and Order to Appoint Guardian Ad Litem

1  Good cause appearing, the Court ORDERS as follows:

2  Mary Baker is hereby appointed guardian ad litem for plaintiff B.C. in the above-captioned
3  action.

4  Kisha Chandler is hereby appointed guardian ad litem for plaintiff D.C. in the above-
5  captioned action.

6  Anjie Comer is hereby appointed guardian ad litem for plaintiff Q.C. in the above-captioned
7  action.

8  Renee Deeter is hereby appointed guardian ad litem for plaintiff D.C. in the above-captioned
9  action.

10  Joseph DiGiacinto is hereby appointed guardian ad litem for plaintiffs C.D. and D.D. in the
11  above-captioned action.

12  Rachelle Dollinger is hereby appointed guardian ad litem for plaintiff K.S. in the above-
13  captioned action.

14  Nicole Dramis is hereby appointed guardian ad litem for plaintiff J.D. in the above-
15  captioned action.

16  Tracie Kugler is hereby appointed guardian ad litem for plaintiff Z.K. in the above-
17  captioned action.

18  Jeannine Manning is hereby appointed guardian ad litem for plaintiff M.C. in the above-
19  captioned action.

20  Ashley Noble is hereby appointed guardian ad litem for plaintiff S.G. in the above-captioned
21  action.

22  Atoyia Orders is hereby appointed guardian ad litem for plaintiff D.O. in the above-
23  captioned action.

24  Tonya Rowan is hereby appointed guardian ad litem for plaintiffs W.R. and A.R.T. in the
25  above-captioned action.

26  Amber Selfridge is hereby appointed guardian ad litem for plaintiff D.S. in the above-
27  captioned action.

28  Marlene Thomseth-Belcher is hereby appointed guardian ad litem for plaintiff T.B.T. in the

1  above-captioned action.

2  Tanya Viti is hereby appointed guardian ad litem for plaintiff O.V. in the above-captioned
3  action.

4  Joe Weibel is hereby appointed guardian ad litem for plaintiff S.W. in the above-captioned
5  action.

6  Barbara Yannucci is hereby appointed guardian ad litem for plaintiff J.Y. in the above-
7  captioned action.

**IT IS SO ORDERED.**

Date: February  20 , 2019



Honorable William H. Orrick
United States District Judge