Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: JUUL Labs Products Litigation

Case No: 3:18-cv-2499-WHO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Sherrie R. Savett, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Esfand Nafisi, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1818 Market Street, 36th Floor<br>Philadelphia, PA 19103 | 388 Market Street, Suite 1300<br>San Francisco, California 94111 |
| MY TELEPHONE # OF RECORD:<br>(215) 875-3071 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(202) 470-3520 |
| MY EMAIL ADDRESS OF RECORD:<br>ssavett@bm.net | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>enafisi@classlawdc.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 17646.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/14/19

Sherrie R. Savett
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sherrie R. Savett is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                October 2012



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Sherrie Raiken Savett, Esq.*

### DATE OF ADMISSION

*October 4, 1973*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: February 14, 2019

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk