**GUTRIDE SAFIER LLP**
Adam J. Gutride (State Bar No. 181446)
Seth A. Safier (State Bar No. 197427)
Todd Kennedy (State Bar No. 250267)
Anthony Patek (State Bar No. 228964)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com
todd@gutridesafier.com
anthony@gutridesafier.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio, admitted *pro hac vice*
Jason Rathod, admitted *pro hac vice*
Esfand Nafisi (State Bar No. 320119)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (202) 470-3520
Facsimile: (202) 800-2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
enafisi@classlawdc.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: JUUL Labs, Inc. Products Litigation | CASE NO. 3:18-cv-02499-WHO |
| | **STIPULATION AND ORDER TO ENLARGE TIME PURSUANT TO CIVIL L.R. 6-2** |
| | Hon. William H. Orrick |
| | Action Filed: April 26, 2018 |
| | Amended Complaint Filed: January 30, 2019 |

Pursuant to Civil Local Rule 6-2, Plaintiffs and Defendant JUUL Labs, Inc., by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Consolidated Amended Complaint on January 25, 2019 (Dkt. 81);

WHEREAS, Defendant filed a Motion to Dismiss on March 26, 2019;

WHEREAS, Defendant also filed a separate Motion to Compel Arbitration on March 26, 2019;

WHEREAS, Plaintiff's opposition to the Motion to Dismiss is presently due on April 16, 2019, and Defendant's reply due on May 3, 2019, with a hearing set for May 22, 2019;

WHEREAS, Plaintiff's opposition to the Motion to Compel Arbitration is presently due on April 9, 2019, and Defendant's reply due on April 16, 2019, with a hearing set for May 22, 2019;

WHEREAS, Plaintiffs' Consolidated Amended Complaint asserts claims on behalf of 48 named individuals, from 22 states and the District of Columbia, who seek to bring this action on a nationwide basis on behalf of all others similarly situated;

WHEREAS, the briefing and hearing schedule was set prior to Defendant's filing of its Motion to Compel Arbitration;

WHEREAS, the parties have conferred and have agreed it would be reasonable to extend the time within which Plaintiffs may respond to the Motion to Dismiss and Motion to Compel Arbitration;

WHEREAS, the proposed stipulated extension would alter the hearing date set by the Court, and thus would require the Court's approval pursuant to Civil Local Rule 6-2;

NOW THEREFORE, the parties hereby stipulate and agree to the following:

1.      Plaintiffs shall file their opposition to the Motion to Dismiss and Motion to Compel Arbitration on or before April 30, 2019;

2.      Defendant shall file its reply papers on or before May 23, 2019;

3.      The hearing on Defendant's motions shall be set for June 12, 2019.

**IT IS SO STIPULATED.**

Dated: April 2, 2019                    MIGLIACCIO & RATHOD LLP


                                        By:         _/s/ Jason S. Rathod_
                                                     Jason S. Rathod

                                        Attorneys for Plaintiffs


Dated: April 2, 2019                    GIBSON, DUNN & CRUTCHER LLP


                                        By:         _/s/ Austin V. Schwing_
                                                     Austin V. Schwing

                                        Attorneys for Defendant JUUL LABS, INC.




                            **ATTORNEY ATTESTATION**

        I, Jason S. Rathod, hereby attest that concurrence in the filing of this document has been

obtained from the above signatories.



                                        By:_        _/s/ Jason S. Rathod_
                                                     Jason S. Rathod

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 16, 2019

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE