GIBSON, DUNN & CRUTCHER LLP
AUSTIN V. SCHWING, SBN 211696
  aschwing@gibsondunn.com
JOSHUA D. DICK, SBN 268853
  jdick@gibsondunn.com
PETER C. SQUERI, SBN 286249
  psqueri@gibsondunn.com
KELSEY J. HELLAND, SBN 298888
  khelland@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

GIBSON, DUNN & CRUTCHER LLP
JESSICA R. CULPEPPER, SBN 304336
  jculpepper@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for Defendant JUUL LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC. PRODUCTS LITIGATION | CASE NO. 18-cv-02499-WHO<br>CASE NO. 18-cv-06776-WHO<br>CASE NO. 18-cv-06808-WHO<br><br>**JOINT CASE MANAGEMENT STATEMENT NO. 2**<br><br>Hon. William H. Orrick<br><br>Action Filed:    April 26, 2018<br>Trial Date:    None Set |

# JOINT CASE MANAGEMENT STATEMENT

Plaintiffs in this consolidated action and Defendant JUUL Labs, Inc. ("JLI," or "Defendant"), by and through their respective counsel of record, hereby submit the following Supplemental Joint Case Management Statement to update the Court on case management issues that have occurred since the parties submitted their last statement on August 21, 2018, and in advance of the hearings on JLI's Motion to Dismiss the Consolidated Amended Complained and Motion to Compel Arbitration scheduled in this matter for June 12, 2019 at 2:00 p.m.

## I.  PENDING MOTIONS

Since the Court's last hearing and CMC on this matter, the following motions have been placed on the Court's calendar:

1.  Defendant's Motion to Dismiss Consolidated Amended Complaint (Dkt. No. 99), set for hearing on June 12, 2019 at 2:00 p.m.;

2.  Defendant's Motion to Compel Arbitration (Dkt. No. 98), set for hearing on June 12, 2019 at 2:00 p.m.; and

3.  The parties' Joint Discovery Letter (Dkt. No. 114), filed May 28, 2019, and the associated Administrative Motion to File Under Seal (Dkt. Nos. 115-116).

## II.  EVIDENCE PRESERVATION

At this time, the parties have not identified any disputes relating to evidence preservation. Plaintiffs have subpoenaed third parties, including Facebook/Instagram and Twitter, and asked them to preserve evidence in their possession, particularly related to advertisements and posts.

## III.  INITIAL DISCLOSURES

The parties have exchanged initial disclosures.

## IV.  DISCOVERY

The Parties filed a Joint Discovery Letter pursuant to the Court's standing order on May 28, 2019, setting forth a discovery dispute. The Parties refer the Court to that submission.  (Dkt. No. 114)

## V.  RELATED CASES

On November 27, 2018, pursuant to the parties' stipulation, the Court ordered that "the master docket and master file for the consolidated action shall be Case No. 3:18-cv-2499-WHO, and the

consolidated action shall bear the caption *In re: JUUL Labs, Inc. Products Litigation*," and further ordered that "[a]ll subsequently filed class or individual actions against the Defendant alleging the same or similar claims as alleged in the complaints in these actions shall be consolidated" into this action. (Dkt. No. 71)

On November 5, 2018, plaintiffs Sabrina Zampa and her minor children J.M.-1 and J.M.-2 filed suit against JLI in the Circuit Court for Miami-Dade County, Florida in a case captioned *Zampa v. JUUL Labs, Inc. et al*. The *Zampa* plaintiffs seek to represent Florida minors who consumed JLI products and their guardians, for claims of false advertising, fraud, consumer protection statutes, unjust enrichment, product liability, negligence, and negligence *per se*. JLI removed the case to the Southern District of Florida. *See* 1:18-cv-25005-KMW (S.D. Fla. Nov. 30, 2018), Dkt. 1. On April 23, 2019, the Southern District of Florida granted JLI's motion to transfer the *Zampa* action to the Northern District of California under the first-filed rule, for coordination with this consolidated action. *Zampa v. JUUL Labs, Inc.*, 2019 WL 1777730, at *5 (S.D. Fla. Apr. 23, 2019). The *Zampa* action was transferred to the Northern District of California on May 8, 2019, and is currently assigned to Judge Edward Chen, No. 3:19-cv-02466-JSC. The parties intend to file a motion to relate and consolidate *Zampa* into this action.

The parties also identify the following new cases that appear related and may warrant consolidation if they are transferred to this district, each of which was filed after the parties' last Joint CMC Statement:

On April 15, 2019, Plaintiffs Erin and Jared NesSmith, individually and as guardians of a minor, A.N., filed suit against JLI, Altria Group, Inc., and Philip Morris USA Inc. in federal court in the Middle District of Florida, in a case captioned *NesSmith v. Altria Group, Inc.*, No. 8:19-cv-00884-MSS-AAS (M.D. Fla.). The *NesSmith* Plaintiffs seek to represent multiple nationwide and Florida-specific classes of consumers of JLI products, and bring claims for fraud, product liability, consumer protection statutes, negligence, unjust enrichment, and Racketeer Influenced and Corrupt Organizations Act ("RICO") violations against the three defendants. On May 17, 2019, JLI filed a motion to transfer the *NesSmith* action to this District for coordination with this consolidated proceeding or to stay the action; that motion remains pending as of this Joint Statement. *See*

*NesSmith*, No. 8:19-cv-00884-MSS-AAS, Dkt. 20.  If JLI's motion to transfer *NesSmith* is granted, JLI intends to file a stipulation or motion in this Court to relate and consolidate *NesSmith* into this action, and Plaintiffs in this consolidated action would not oppose such a stipulation or motion.

On May 17, 2019, Plaintiffs Craig and Julie Shapiro, individually and as guardians of a minor, B.S., filed suit against JLI, Altria Group, Inc., and Philip Morris USA Inc., My Vapor Hut d/b/a 1st Wave Vapor, and Edgar F. DiPuglia in his capacity as owner of The Smoke House Smoke Shop, in the Circuit Court of the Seventeenth Judicial Circuit In and For Broward County, Florida, in a case captioned *Shapiro v. Juul Labs Inc. et al.*, No. CACE-19-010866 (individual action).  The *Shapiro* Plaintiffs bring claims for civil conspiracy, fraud, product liability, negligence, unjust enrichment, consumer protection statutes, and strict liability.  JLI is evaluating removing *Shapiro* to federal court and moving to transfer the case to this Court for consolidation into this action.

On May 22, 2019, Plaintiffs Elizabeth Swearingen and John Peavy filed suit against JLI, Altria Group, Inc., and Philip Morris USA Inc. in the Northern District of Alabama, in a case captioned *Swearingen v. JUUL Labs, Inc. et al.*, No. 7:19-cv-00779-LSC.  The *Swearingen* Plaintiffs seek to represent multiple nationwide and Alabama-specific classes of consumers of JLI products, and bring claims for fraud, product liability, consumer protection statutes, negligence, unjust enrichment, and RICO violations against the three defendants.  JLI intends to move to transfer the case to this Court for consolidation into this action.

## VI. SCHEDULING

The parties agree that they should submit a proposed schedule in advance of the next case management conference once the parties have a better sense of the issues remaining in the case.


Dated: June 8, 2019

**GUTRIDE SAFIER LLP**

*/s/ Seth Safier*
Seth Safier

*Counsel for Plaintiffs*

Gibson, Dunn & Crutcher LLP

Dated: June 8, 2019 **GIBSON, DUNN & CRUTCHER LLP**

*/s/ Austin V. Schwing*
Austin V. Schwing

*Counsel for Defendant*

### Local Rule 5-1(i)(3) Certification

I, Austin V. Schwing, attest that I have received authority from each other signatory to file this document.

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Austin V. Schwing*
Austin V. Schwing

*Counsel for Defendant JUUL Labs, Inc.*