UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC. PRODUCTS LITIGATION | CASE NO. 18-cv-02499-WHO<br>CASE NO. 18-cv-06776-WHO<br>CASE NO. 18-cv-06808-WHO<br>**ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE AND CONSOLIDATE ACTIONS**<br>Hon. William H. Orrick |
| SABRINA ZAMPA, individually, and as guardian of her minor children J.M., a minor, and J.M., a minor, on behalf of themselves and those similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>JUUL LABS, INC., a Delaware corporation f/k/a PAX LABS, INC. f/k/a PLOOM PRODUCTS, INC.,<br><br>                    Defendant. | CASE NO. 19-cv-02466-EMC<br><br>[Hon. Edward M. Chen] |

The Court **GRANTS** Defendant JUUL Labs, Inc.'s Administrative Motion to Relate and Consolidate Actions pursuant to Local Rule 3-12 and Rule 42 of the Federal Rules of Civil Procedure. *Zampa v. JUUL Labs, Inc.*, Case No. 19-cv-02466-EMC, shall be related to and consolidated into *In re: JUUL Labs, Inc. Products Litigation*, No. 3:18-cv-02499-WHO, pursuant to

this Court's prior order consolidating proceedings, Dkt. 71, which remains in effect and shall govern this proceeding.  JLI need not respond to the complaint in *Zampa*.

**IT IS SO ORDERED.**

Dated:  June 18, 2019

                                            THE HON. WILLIAM H. ORRICK
                                            UNITED STATES DISTRICT JUDGE