IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS VIA PEAVY,<br><br>    Plaintiff,<br><br>  v.<br><br>JUUL LABS, INC., *et al.*,<br><br>    Defendant. | No. C 19-04424 WHA<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

    Pursuant to Civil Local Rule 3-12(c), the Court *sua sponte* refers this case to Judge William H. Orrick to determine whether it is related to *Colgate v. JUUL Labs, Inc.*, Case No. C 18-02499 WHO.

**IT IS SO ORDERED.**

Dated: September 3, 2019.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE