UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: JUUL LABS, INC. PRODUCTS LITIGATION

Case No. 18-cv-02499-WHO

**ORDER GRANTING MOTION TO STAY**

Re: Dkt. No. 141

Having considered defendant's motion to stay this case pending the ruling of the JPML on the motions to centralize this case with at least twenty-five other cases, and plaintiffs' opposition thereto, the motion is GRANTED. The September 11, 2019 hearing is VACATED.

Proceedings in this case, other than the production of documents pursuant to the Stipulation entered by this Court on August 20, 2019, are STAYED. Counsel shall promptly notify me of the JPML's ruling on the motions to centralize.

**IT IS SO ORDERED.**

Dated: September 10, 2019



William H. Orrick
United States District Judge